

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00069-CR

| | | |
|---|---|---|
| SOHAIL RAMZAN KHAN, Appellant | § | On Appeal from County Criminal Court No. 1 |
| | § | of Denton County (CR-2020-01188-A) |
| V. | § | July 18, 2024 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By /s;/ Brian Walker
  Justice Brian Walker